UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

THE GROUND ROUND INDEPENDENT OWNERS COOPERATIVE, LLC,

                           Plaintiff,

- vs. -

CHARLES T. WHITMAN a.k.a. Chuck Whitman, CTW DEVELOPMENT CORPORATION, RESTAURANT CONCEPTS UNLIMITED CORPORATION

                           Defendants.

C.A. No.: _____

05cv10780 NMC

---

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Plaintiff, The Ground Round Independent Owners Cooperative, LLC ("IOC"), hereby submits its corporate disclosure statement and states that: IOC is a limited liability company organized under the laws of the State of Delaware. The IOC is successor in interest to the Ground Round, Inc. IOC does not have any parent corporations and does not have any shareholders that are publicly held companies that own 10% or more of any of its stock.

                           Respectfully submitted,

                           THE GROUND ROUND INDEPENDENT OWNERS COOPERATIVE, LLC,

                           By its attorneys,

                           _/s/ Juan A. Concepción_

                           Juan A. Concepción, BBO No.658908
                           NIXON PEABODY LLP
                           100 Summer Street
                           Boston, MA 02110-2131
                           (617) 345-1000

BOS1484211.1

- 2 -

                                    Craig R. Tractenberg, Esq. (PA I.D. No. 34636)
                                    (Admission *Pro Hac Vice* to be filed)
                                    NIXON PEABODY LLP
                                    1818 Market Street, 11th Floor
                                    Philadelphia, PA 19103
                                    (215) 246-3525

Dated: April 19, 2005

BOS1484211.1