*Matthew C. Giannini*

ATTORNEY AT LAW

*1040 South Commons Place*

*Suite #200*

*Youngstown, Ohio 44514*

April 25, 2005

*Telephone*
(330) 726-0484
*Fax Line*
(330) 726-2490

United States District Court
District of Massachusetts
**Attn: Sarah Allison Thornton - Clerk**
1 Courthouse Way
Boston, MA 02210

RE: The Ground Round Independent Owners Cooperative, LLC vs.
Charles Whitman aka Chuck Whitman, et al
Case No.:  05 CV 10780 NMG

Dear Ms. Thornton:

In regard to the above-captioned matter, please be advised that the Process Server that was hired by the Plaintiff left a copy of the foregoing Motion in my reception area. Mr. Charles Whitman does not in any manner office at this location nor has he during the four years of occupancy.

Thank you.

Sincerely,

MATTHEW C. GIANNINI
ATTORNEY AT LAW

MCG:cs
cc:  Atty. Juan A. Concepcion