# UNITED STATES DISTRICT COURT

District of  Massachusetts

The Ground Round Independent
Owners Cooperative, LLC

**SUMMONS IN A CIVIL CASE**

V.

Charles Whitman a/k/a Chuck Whitman,
CTW Development Corporation,
Restaurant Concepts Unlimited
Corporation

CASE NUMBER:

TO: (Name and address of Defendant)

**05 10780 NMG**

CTW Development Corporation
945 Windham Court, Suite 5
Boardman, OH  44512

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Juan A. Concepcion
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK