# UNITED STATES DISTRICT COURT

District of Massachusetts

The Ground Round Independent
Owners Cooperative, LLC

V.

Charles Whitman a/k/a Chuck Whitman,
CTW Development Corporation,
Restaurant Concepts Unlimited
Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05  10780 NMG**

TO: (Name and address of Defendant)

Restaurant Concepts Unlimited Corporation
945 Windham Court, Suite 5
Boardman, OH  44512

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Juan A. Concepcion
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/25/05 2:30 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Richard S. Fabian | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left at Corporate office with employee at 945 Windham Court, Suite 5, Boardman, Ohio 44512.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/25/05
              Date

Signature of Server

174 North Park Ave., Suite 3
Warren, Ohio 44481

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.