## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

The Ground Round Independent
Owners Cooperative, LLC
**Plaintiff**

**CIVIL ACTION**

**NO.** 05-CV-10780 NMG

**V.**

Charles Whitman a/k/a Chuck Whitman,
CTW Development Corporation,
Restaurant Concepts Unlimited Corporation
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, The Ground Round Independent Owners Cooperative, LLC for an order of Default for failure of the Defendant, CTW Development Corporation , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 13th day of May, 2005 .

SARAH A. THORNTON
CLERK OF COURT

By: _____
**Deputy Clerk**

Notice mailed to:    CTW Development Corporation
c/o Matthew C. Giannini, Esq.
1040 South Commons Place
Suite 200
Youngstown, OH 44514

(Default Notice.wpd - 3/7/2005)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE GROUND ROUND INDEPENDENT OWNERS COOPERATIVE, LLC,<br><br>*Plaintiff,*<br><br>- vs. -<br><br>CHARLES WHITMAN a.k.a. Chuck Whitman, C.T.W. DEVELOPMENT CORPORATION, RESTAURANT CONCEPTS UNLIMITED CORPORATION,<br><br>*Defendants.* | Civil Action No.: 05-CV-10780-NMG |

**PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT C.T.W. DEVELOPMENT CORPORATION PURSUANT TO RULE 55(A)**

I, Juan Alexander Concepción, attorney for plaintiff The Ground Round Independent Owners Cooperative, LLC ("IOC"), state that the summons and complaint were served on defendant C.T.W. Development Corporation on April 22, 2005, as appears from the process server's return and that defendant failed to serve an answer or responsive pleading upon me or file any pleading in Court within the time prescribed by law. A true and accurate copy of process server's return is attached hereto as Exhibit A.

WHEREFORE, plaintiff IOC requests that defendant C.T.W. Development Corporation be defaulted pursuant to Fed. R. Civ. P. 55(a).

Signed under penalties of perjury.

THE GROUND ROUND INDEPENDENT
OWNERS COOPERATIVE, LLC,

By its attorneys,

_____
Juan Alexander Concepción, BBO No.658908
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110-2131
(617) 345-1000

Craig R. Tractenberg, Esq. (PA I.D. No. 34636)
(Admission *Pro Hac Vice* to be filed)
NIXON PEABODY LLP
1818 Market Street, 11th Floor
Philadelphia, PA 19103
(215) 246-3525

Dated: May 13, 2005

**Certificate of Service**

I, Juan Alexander Concepción, hereby certify that a true copy of the above document was served upon CTW Development Corporation, c/o Matthew C. Giannini, Esq., 1040 South Commons Place, Suite 200, Youngstown, OH 44514 by certified mail on May 13, 2005.

Juan Alexander Concepción

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___Massachusetts___

The Ground Round Independent
Owners Cooperative, LLC

V.

Charles Whitman a/k/a Chuck Whitman,
CTW Development Corporation,
Restaurant Concepts Unlimited
Corporation

## SUMMONS IN A CIVIL CASE

CASE NUMBER:



## 05  10780 NMG

TO: (Name and address of Defendant)

CTW Development Corporation
945 Windham Court, Suite 5
Boardman, OH  44512

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Juan A. Concepcion
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

DATE   4-19-05

(By) DEPUTY CLERK

AO 440  (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 22, 2005 1:00 PM |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Richard S. Fabian | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Left at the law office of Matthew Giannini, 1040 South Commons Place, Suite 200, Youngstown, Ohio 44514 who is CTM Development Corporation's statutory agent.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/22/05
　　　　　　　　　 Date

*Signature of Server*

174 North Park Ave., Suite 3
Warren, Ohio 44481

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.