UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GROUND ROUND INDEPENDENT OWNERS COOPERATIVE, LLC,<br><br>*Plaintiff*,<br><br>- vs. -<br><br>CHARLES WHITMAN a.k.a. Chuck Whitman, C.T.W. DEVELOPMENT CORPORATION, RESTAURANT CONCEPTS UNLIMITED CORPORATION,<br><br>*Defendants.* | Civil Action No.: 05-CV-10780-NMG |

**PLAINTIFF'S REQUEST FOR ISSUANCE OF A NOTICE OF DEFAULT**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

The Ground Round Independent Owners Cooperative, LLC (the "IOC"), requests that the Clerk of this Court issue a notice of default against Defendant C.T.W. Development Corporation pursuant to Fed. R. Civ. P. 55(a).

This request is based on the Affidavit of Juan Alexander Concepción, incorporated herein by reference, which shows:

1. C.T.W. Development Corporation was duly served with the summons and complaint on April 22, 2005.

2. The Return of Service filed with this Court on May 3, 2005 establishes that service of process was proper pursuant to Fed. R. Civ. P. 4. A true and accurate file-stamped copy of the Return of Service is attached to the Affidavit of Juan Alexander Concepción as Exhibit "A."

BOS1493746.1

3. C.T.W. Development Corporation has failed to timely plead or otherwise respond to the complaint.

4. The applicable time limit for responding under Fed. R. Civ. P. 12 has expired.

5. On information and belief, C.T.W. Development Corporation is a company organized under the laws of the State of Ohio with its principal office in Youngstown, Ohio. True and accurate copies of corporate documents reportedly on file with the Ohio Secretary of State are attached to the Affidavit of Juan Alexander Concepción as Exhibit "B."

6. On belief and information, C.T.W. Development Corporation is not an infant or an incompetent person.

7. On belief and information, C.T.W. Development Corporation is not in the military service of the United States or its allies, as defined in the Soldier's and Sailor's Civil Relief Act of 1940, 50 U.S.C. Appendix, § 520(1).

WHEREFORE, the IOC requests that the Clerk of this Court issue a notice of default against C.T.W. Development Corporation pursuant to Fed. R. Civ. P. 55(a).

Signed under penalties of perjury.

BOS1493746.1

- 3 -

Respectfully Submitted,

THE GROUND ROUND INDEPENDENT
OWNERS COOPERATIVE, LLC,

By its attorneys,

_/s/ Juan Alexander Concepción_
Juan Alexander Concepción, BBO No. 658908
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

Craig R. Tractenberg, Esq. (PA I.D. No. 34636)
(Admission *Pro Hac Vice* to be filed)
NIXON PEABODY LLP
1818 Market Street, 11th Floor
Philadelphia, PA 19103
(215) 246-3525

Dated: May 18, 2005

BOS1493746.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GROUND ROUND INDEPENDENT OWNERS COOPERATIVE, LLC,<br><br>*Plaintiff*,<br><br>- vs. -<br><br>CHARLES WHITMAN a.k.a. Chuck Whitman, C.T.W. DEVELOPMENT CORPORATION, RESTAURANT CONCEPTS UNLIMITED CORPORATION,<br><br>*Defendants*. | Civil Action No.: 05-CV-10780-NMG |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S REQUEST FOR ISSUANCE OF A NOTICE OF DEFAULT**

Juan Alexander Concepcion, being duly sworn, deposes and states:

1.  My name is Juan Alexander Concepción.

2.  I am an associate with the law firm of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110 and am duly admitted to practice law in the Commonwealth of Massachusetts and before this Court. I am fully competent to make this affidavit and I have personal knowledge of the facts stated herein.

3.  I am an attorney of record for Plaintiff The Ground Round Independent Owners Cooperative, LLC, in this action.

4.  On April 20, 2005, I caused copies of the summons and complaint in this action to be delivered to Richard S. Fabian, Process Server in the State of Ohio. Pursuant to Fed. R. Civ. P. 4, Mr. Fabian properly served the summons and complaint on C.T.W. Development Corporation on April 22, 2005 and certified that fact to this Court in a Return of Service, dated April 22,

BOS1493747.1

2005. The Return of Service was duly filed with this Court on May 3, 2005. A true and accurate file-stamped copy of the Return of Service is attached to this Affidavit as Exhibit "A."

5.  C.T.W. Development Corporation has failed to timely serve or file an answer or otherwise respond to the complaint in this action.

6.  Under Fed. R. Civ. P. 12(a)(1)(A), the time limit for responding to the complaint has expired, and the time for C.T.W. Development Corporation has not been extended by any stipulation of the parties or any order of the Court.

7.  On information and belief, C.T.W. Development Corporation is a company organized under the laws of the State of Ohio with its principal office in Youngstown, Ohio. True and accurate copies of corporate documents reportedly on file with the Ohio Secretary of State are attached to this Affidavit as Exhibit "B."

8.  On information and belief, C.T.W. Development Corporation is not an infant or incompetent person within the meaning of Rule 55(a) because it is a corporation.

9.  On information and belief, C.T.W. Development Corporation is not in the military service of the United States or its allies, as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, 50 U.S.C. Appendix, § 520(1), as amended.

Signed by me on this 18th day of May, 2005, at Boston, Massachusetts.

_____
Juan Alexander Concepción

SUBSCRIBED AND SWORN TO BEFORE ME on this 18th day of May, 2005.

_____
Deborah Svirtunas
Notary Public in and for the Commonwealth of Massachusetts
Commission expires: December 17, 2010

**EXHIBIT A**

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

The Ground Round Independent
Owners Cooperative, LLC

V.

Charles Whitman a/k/a Chuck Whitman,
CTW Development Corporation,
Restaurant Concepts Unlimited
Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 10780 NMG

TO: (Name and address of Defendant)

CTW Development Corporation
945 Windham Court, Suite 5
Boardman, OH 44512

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Juan A. Concepcion
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    4-19-05

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 22, 2005 1:00 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Richard S. Fabian | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left at the law office of Matthew Giannini, 1040 South Commons Place, Suite 200, Youngstown, Ohio 44514 who is CTM Development Corporation's statutory agent.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/22/05
             Date

Signature of Server

174 North Park Ave., Suite 3
Warren, Ohio 44481

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1 of 1 DOCUMENT

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY

CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY

OHIO SECRETARY OF STATE

**Company Name:** C.T.W. DEVELOPMENT CORPORATION

**Type:** CORPORATION FOR PROFIT

**Status:** IN GOOD STANDING

**Status Date:** 6/14/2002

**Filing Date:** 2/6/1987

**County:** MAHONING

**State or Country of Incorporation:** OHIO

**Business Description:** DOMESTIC ARTICLES/FOR PROFIT

**Registered Agent:**
  MATTHEW C GIANNINI
  Status: ACTIVE
  Creation Date: 2/6/1987
  AGENT ID: G098_1698

**Registered Office:**
  1040 SOUTH COMMONS PLACE
  SUITE 200
  YOUNGSTOWN, OH 44514

**Additional Information:** PRINCIPAL LOCATION IS CANFIELD

**Filing Number:** 694797

**Internal Number:** G098_1698

**Incorporators, Applicants:**
  MATTHEW C GIANNINI

**Stock Information:**
  Type of Stock: NO PAR COMMON
  Shares Issued: 500

**History:**
  File Date: 6/13/2002

OHIO SECRETARY OF STATE

```
Type: DOMESTIC AGENT ADDRESS CHANGE
Document Number: 200216402252


File Date: 3/13/1997
Type: DOMESTIC AGENT ADDRESS CHANGE
Document Number: 5845_0334


File Date: 6/5/1996
Type: MISCELLANEOUS FILING
Comments: TRAIN AMERICARNO
Document Number: 5540_0663


File Date: 6/5/1996
Type: MISCELLANEOUS FILING
Comments: TRAIN AMERICARNO
Document Number: 5540_0659


File Date: 1/19/1994
Type: DOMESTIC CONTINUED EXISTENCE S C
Document Number: 000000255023


File Date: 9/9/1993
Type: DOMESTIC CONTINUED EXISTENCE LETTER S C
Document Number: 000000255022


File Date: 6/1/1992
Type: DOMESTIC AGENT ADDRESS CHANGE
Document Number: H370_0729


File Date: 2/6/1987
Type: DOMESTIC ARTICLES/FOR PROFIT
Document Number: G098_1698
```



## Agent Contact Information

| Agent Name | Agent Address | City | State | Zip | Effective Date | Contact Status |
|---|---|---|---|---|---|---|
| Matthew C Giannini | 1040 South Commons Place Suite 200 | Youngstown | Ohio | 44514 | 06-FEB-87 | Active |

Total Row Count in Report- 1
Row(s) 1 - 1

Back to Menu



| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 06/14/2002 | 200216402252 | DOMESTIC AGENT ADDRESS CHANGE (AGA) | 25.00 | .00 | .00 | .00 | .00 |

**Receipt**
This is not a bill. Please do not remit payment.

MATTHEW C GIANNINI ATTORNEY AT LAW
1040 SOUTH COMMONS PLACE
SUITE #200
YOUNGSTOWN, OH 44514

# STATE OF OHIO

### Ohio Secretary of State, J. Kenneth Blackwell

694797

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**C.T.W. DEVELOPMENT CORPORATION**

and, that said business records show the filing and recording of:

Document(s)                                Document No(s):
**DOMESTIC AGENT ADDRESS CHANGE**          200216402252



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of
the Secretary of State at Columbus,
Ohio this 13th day of June, A.D.
2002.

*J. Kenneth Blackwell*
Ohio Secretary of State

Page 1

CHANGE OF ADDRESS OF STATUTORY AGENT

OF DOMESTIC CORPORATION

KNOW ALL MEN BY THESE PRESENTS, that the address of

<u>ATTORNEY MATTHEW C. GIANNINI</u>

heretofore appointed as statutory agent to accept service of process, tax notices, demands against

CTW DEVELOPMENT CORPORATION

has been Changed From:   <u>950 Windham Court, Suite 5</u>
<u>Youngstown, Ohio 44512</u>
<u>Mahoning County</u>

Changed To:

<u>1040 South Commons Place, Suite 200</u>
<u>Youngstown, Ohio 44514</u>
<u>Mahoning County</u>

which new address is in the county in which the principal office of CTW DEVELOPMENT CORPORATION is located at 945 WINDHAM COURT, #3, YOUNGSTONW, OHIO 44512.

RECEIVED
JUN 13 2002
J. KENNETH BLACKWELL
SECRETARY OF STATE

CTW DEVELOPMENT CORPORATION
CHARTER NO.: 694797

By: _Matthew C. Giannini /sh_
MATTHEW C. GIANNINI
SECRETARY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GROUND ROUND INDEPENDENT OWNERS COOPERATIVE, LLC,<br><br>*Plaintiff,*<br><br>- vs. -<br><br>CHARLES WHITMAN a.k.a. Chuck Whitman, C.T.W. DEVELOPMENT CORPORATION, RESTAURANT CONCEPTS UNLIMITED CORPORATION,<br><br>*Defendants.* | Civil Action No.: 05-CV-10780-NMG |

## AFFIDAVIT OF NON-MILITARY SERVICE

Juan Alexander Concepcion, being duly sworn, deposes and states:

1. My name is Juan Alexander Concepción. I am over 18 years of age. I am an associate with the law firm of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110 and am duly admitted to practice law in the Commonwealth of Massachusetts and before this Court. I am fully competent to make this affidavit and I have personal knowledge of the facts stated herein.

2. I am an attorney of record for Plaintiff The Ground Round Independent Owners Cooperative, LLC, in this action. I make this affidavit pursuant to the requirements of 50 U.S.C. App. § 520(1) in support of the request for a default judgment in this matter.

3. On information and belief, C.T.W. Development Corporation is a company organized under the laws of the State of Ohio with its principal office in Youngstown, Ohio. (Affidavit of Juan Alexander Concepción in Support of Plaintiff's Request for Issuance of Notice of Default, Exhibit "B".)

BOS1493749.1

4.  On information and belief, I state that C.T.W. Development Corporation is not in military service.

Signed by me on this 18th day of May, 2005, at Boston, Massachusetts.

_____
Juan Alexander Concepción

SUBSCRIBED AND SWORN TO BEFORE ME on this 18th day of May, 2005.

_____
Deborah Svirtunas
Notary Public in and for the Commonwealth of Massachusetts
Commission expires: December 17, 2010

BOS1493749.1