UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GROUND ROUND INDEPENDENT OWNERS COOPERATIVE, LLC,<br><br>*Plaintiff,*<br><br>- vs. -<br><br>CHARLES WHITMAN a.k.a. Chuck Whitman, C.T.W. DEVELOPMENT CORPORATION, RESTAURANT CONCEPTS UNLIMITED CORPORATION,<br><br>*Defendants.* | Civil Action No.: 05-CV-10780-NMG |

## REQUEST TO ENTER DEFAULT JUDGMENT PURSUANT TO RULE 55(b)(1)

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

The Ground Round Independent Owners Cooperative, LLC (the "IOC"), requests that the Clerk of this Court enter a default judgment for a sum certain against Restaurant Concepts Unlimited Corporation pursuant to Fed. R. Civ. P. 55(a). In support of this request, the IOC states:

1. The Clerk of this Court may enter the default of Restaurant Concepts Unlimited Corporation as a consequence of its failure to timely plead or otherwise respond in this action.

2. The claim asserted against Restaurant Concepts Unlimited Corporation in Count I of the complaint for breach of contract is for a sum certain or a sum, that by computation, may be made certain within the meaning of Fed. R. Civ. P. 55(b)(1).

3. The claim in Count I of the complaint is for $145,500 owed to the IOC as a direct and proximate result of Restaurant Concepts Unlimited Corporation's breaches under the contract.

BOS1493755.1

4.      On information and belief, Restaurant Concepts Unlimited Corporation is a limited liability company organized under the laws of the State of Ohio with its principal office in Boardman, Ohio.

5.      On information and belief, Restaurant Concepts Unlimited Corporation is not a minor or an incompetent person.

6.      On information and belief, Restaurant Concepts Unlimited Corporation is not in military service.

7.      The amount of the judgment to be entered, as indicated above, is justly due and owing.

WHEREFORE, the IOC requests that the Clerk of this Court enter default judgment against Restaurant Concepts Unlimited Corporation pursuant to Fed. R. Civ. P. 55(b)(1).

Signed under penalties of perjury.

Respectfully Submitted,

THE GROUND ROUND INDEPENDENT
OWNERS COOPERATIVE, LLC,

By its attorneys,

_____
Juan Alexander Concepción, BBO No. 658908
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

Craig R. Tractenberg, Esq. (PA I.D. No. 34636)
(Admission *Pro Hac Vice* to be filed)
NIXON PEABODY LLP
1818 Market Street, 11th Floor
Philadelphia, PA 19103
(215) 246-3525

Dated: May 18, 2005

BOS1493755.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE GROUND ROUND INDEPENDENT
OWNERS COOPERATIVE, LLC,

*Plaintiff*,

- vs. -

CHARLES WHITMAN a.k.a. Chuck
Whitman, C.T.W. DEVELOPMENT
CORPORATION, RESTAURANT
CONCEPTS UNLIMITED CORPORATION,

*Defendants*.

Civil Action No.: 05-CV-10780-NMG

**AFFIDAVIT IN SUPPORT OF REQUEST TO ENTER DEFAULT JUDGMENT
PURSUANT TO RULE 55(b)(1)**

Juan Alexander Concepcion, being duly sworn, deposes and states:

1. My name is Juan Alexander Concepción. I am over 18 years of age.

2. I am an associate with the law firm of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110 and am duly admitted to practice law in the Commonwealth of Massachusetts and before this Court. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

3. I am an attorney of record for The Ground Round Independent Owners Cooperative, LLC (the "IOC"), Plaintiff in this action.

4. On information and belief, Restaurant Concepts Unlimited Corporation is a limited liability company organized under the laws of the State of Ohio with its principal office in Boardman, Ohio.

5. On information and belief, Restaurant Concepts Unlimited Corporation is not an infant or an incompetent person.

BOS1492683.3

6.   On information and belief, Restaurant Concepts Unlimited Corporation is not in military service.

7.   The claim asserted against Restaurant Concepts Unlimited Corporation in Count I of the complaint for breach of contract is for a "sum certain" or a sum that may be made certain within the meaning of Fed. R. Civ. P. 55(b)(1). The claim is for $145,500 owed to the IOC as a direct and proximate result of Restaurant Concepts Unlimited Corporation's breaches under the contract.

Signed by me on this 18th day of May, 2005, at Boston, Massachusetts.

_____
Juan Alexander Concepción

SUBSCRIBED AND SWORN TO BEFORE ME on this 18th day of May, 2005, at Boston, Massachusetts.

_____
Deborah Svirtunas
Notary Public in and for the Commonwealth of Massachusetts
Commission expires: December 17, 2010