UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>The Ground Round Independent
Owners Cooperative LLC</u>
      Plaintiff

V.

Charles Whitman a.k.a. Chuck Whitman,
C.T.W. Development Corporation,
<u>Restaurant Concepts Unlimited Corp</u>

      Defendant

CIVIL ACTION

NO. <u>1:05-CV-10780</u>

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>The Ground Round Independent Owners Cooperative, LLC.</u> for an order of Default for failure of the Defendant, <u>C.T.W. Development Corporation</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>19th</u> day of <u>May, 2005</u> .

                          SARAH A. THORNTON
                          CLERK OF COURT

By: _Elizabeth E. Flepther_
Deputy Clerk     617-748-4073

Notice mailed to: C.T.W. Development Corporation, 945 Windham Court, STE 5, Boardman, OH 44512

I hereby certify on _____ that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☐ original filed in my office on _____
    Sarah A. Thornton
    Clerk, U.S. District Court
    District of Massachusetts

By: _____
Deputy Clerk