UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>The Ground Round Independent
Owners Cooperative LLC</u>
      **Plaintiff**

CIVIL ACTION

NO. <u>1:05-CV-10780</u>

V.

Charles Whitman a.k.a. Chuck Whitman,
C.T.W. Development Corporation,
<u>Restaurant Concepts Unlimited Corp</u>

      **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>The Ground Round Independent Owners Cooperative, LLC.</u> for an order of Default for failure of the Defendant, <u>Restaurant Concepts Unlimited Corporation</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>19</u> day of <u>May, 2005</u>.

                            SARAH A. THORNTON
                            CLERK OF COURT

                By: _Elizabeth E. Elyfther_ 617-748-4073
                      Deputy Clerk

**Notice mailed to: Restaurant Concepts Unlimited Corporation, 945 Windham Court, STE 5, Boardman, OH 44512**

I hereby certify on _____ that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☐ original filed in my office on _____

      Sarah A. Thornton
      Clerk, U.S. District Court
      District of Massachusetts

By: _____
     Deputy Clerk