UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GROUND ROUND INDEPENDENT OWNERS COOPERATIVE, LLC,<br><br>*Plaintiff,*<br><br>- vs. -<br><br>CHARLES WHITMAN a.k.a. Chuck Whitman, C.T.W. DEVELOPMENT CORPORATION, RESTAURANT CONCEPTS UNLIMITED CORPORATION,<br><br>*Defendants.* | Civil Action No. 05-CV-10780-NMG |

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Plaintiff and its counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| GROUND ROUND INDEPENDENT OWNERS COOPERATIVE, LLC<br><br>*[signature]*<br>Gary Serino | By its attorneys,<br><br>/s/ Richard C. Pedone<br><br>Richard C. Pedone, BBO No. 630716<br>Juan A. Concepción, BBO No. 658908<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000 |

Dated: September 16, 2005

BOS1527216.1