AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

THE GROUND ROUND INDEPENDENT OWNERS
COOPERATIVE, LLC,
PLAINTIFF,

v.

CHARLES WHITMAN a.k.a Chuck Whitman,
C.T.W. DEVELOPMENT CORPORATION,
RESTAURANT CONCEPTS UNLIMITED CORPORATION,
DEFENDANTS.

**APPEARANCE**

Case Number: 05-cv-10780-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE GROUND ROUND INDEPENDENT OWNERS COOPERATIVE, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9-23-05 | /s/ Richard C. Pedone |
| Date | Signature |
| | Richard C. Pedone    BBO# 630716 |
| | Print Name    Bar Number |
| | 100 Summer Street |
| | Address |
| | Boston    MA    02110 |
| | City    State    Zip Code |
| | 617-345-1000    617-345-1300 |
| | Phone Number    Fax Number |