UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GROUND ROUND INDEPENDENT OWNERS COOPERATIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES WHITMAN, et al.,<br><br>Defendants. | **DEFENDANTS' LR 16.1 (D)(3) CERTIFICATION**<br><br>Civil Action No. 1:05-cv-10780-NMG |

Pursuant to LR 16.1(D)(3), Defendants and their counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Defendants file this certification subject to, and without waiver of, their defense in this action that this Court lacks personal jurisdiction over the Defendants.

_____
C.T.W. Development Corporation
By its President, Charles Whitman

_____
Charles Whitman, individually

_____
Restaurant Concepts Unlimited Corporation
By its President, Charles Whitman

Respectfully submitted,

/s/ Stephen D. Riden
Thomas I. Elkind, Esq. (BBO # 153080)
Stephen D. Riden, Esq. (BBO # 644451)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 342-4000

Counsel for Defendants Charles Whitman a.k.a. Chuck Whitman, C.T.W. Development Corporation, and Restaurant Concepts Unlimited Corporation

Dated: September 26, 2005

BOST_181700.1