UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GROUND ROUND INDEPENDENT OWNERS COOPERATIVE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES WHITMAN a.k.a. Chuck Whitman, C.T.W. DEVELOPMENT CORPORATION, RESTAURANT CONCEPTS UNLIMITED CORPORATION, <br><br> Defendants. | Civil Action No. 1:05-cv-10780-NMG <br><br> **CHARLES WHITMAN'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT** |

Defendant Charles Whitman hereby moves for an order granting him leave to file a third-party complaint against David D. Turner and Mollie J. Turner, who are or may be liable for part of the Plaintiff's claims against Mr. Whitman. In support of this Motion, Mr. Whitman relies on his Memorandum Of Law In Support Of Charles Whitman's Motion For Leave To File Third-Party Complaint filed herewith. The proposed Third-Party Complaint is attached to the Memorandum of Law as Exhibit A.

                                                     Respectfully submitted,

                                                     /s/ Stephen D. Riden
                                                     Thomas I. Elkind, Esq. (BBO # 153080)
                                                     Stephen D. Riden, Esq. (BBO # 644451)
                                                   FOLEY & LARDNER LLP
                                                   111 Huntington Avenue
                                                   Boston, Massachusetts 02199
                                                   (617) 342-4000

                                                   Counsel for Defendants Charles Whitman a.k.a.
                                                   Chuck Whitman, C.T.W. Development
                                                   Corporation, and Restaurant Concepts

Dated: October 31, 2005                               Unlimited Corporation

BOST_185474.1

2

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that the provisions of Local Rule 7.1(A)(2) have been complied with and that I have conferred with Plaintiff's counsel in good faith to resolve and narrow the issues raised in Charles Whitman's Motion For Leave To File Third-Party Complaint.

/s/ Stephen D. Riden
Stephen D. Riden

Counsel to Defendants Charles Whitman
a.k.a. Chuck Whitman, C.T.W.
Development Corporation, and Restaurant
Concepts Unlimited Corporation