UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

The Ground Round Independent Owners Cooperative, LLC,
    Plaintiff

v.                                              Civil Action No. 05-10780-NMG

Charles Whitman, et al.,
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>GORTON, D.J.</u>

    The Court having been advised by counsel on 5/17/06 that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown through and including October 31, 20006 to reopen the action if settlement is not consummated.

By the Court,

/S/ Craig J. Nicewicz

5/16/06                                                  _____
  Date                                                  Craig J. Nicewicz
                                                          Courtroom Clerk